# United States District Court
## Western District of North Carolina
### Division

| | | |
|---|---|---|
| Tanya Annette McCosker **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00290 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Carolyn W. Colvin **,** | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 13, 2016 Order.

May 13, 2016

Frank G. Johns, Clerk
United States District Court